Matter of Woodward v New York State Div. of Hous. & Community Renewal
2026 NY Slip Op 03813
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Karah Woodward, appellant,
v
New York State Division of Housing & Community Renewal, et al., respondents.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2023-08031, (Index No. 1754/19)
Cheryl E. Chambers, J.P.
Deborah A. Dowling
Lillian Wan
James P. McCormack, JJ.

Karah Woodward, Brooklyn, NY, appellant pro se.
Mark F. Palomino, New York, NY (Robert Ambaras of counsel), for respondents New York State Division of Housing & Community Renewal and Woody Pascal.
In a proceeding pursuant to CPLR article 78 to review a determination of a Deputy Commissioner of the respondent New York State Division of Housing & Community Renewal dated March 4, 2019, which modified a determination of a Deputy Commissioner of the respondent New York State Division of Housing & Community Renewal dated May 5, 2014, so as to, inter alia, direct that the petitioner be offered a proper initial lease for the premises based on the lawful rent of $1,350 per month, plus any lawful increases, the petitioner appeals from a judgment of the Supreme Court, Kings County (Robin K. Sheares, J.), dated August 22, 2023. The judgment, in effect, among other things, denied the petition and dismissed the proceeding.

[*1]
DECISION & ORDER
Motion by the respondent Parkville Realty Association, LLC, to dismiss the appeal from the judgment dated August 22, 2023, on the ground that it was superseded by an order and amended judgment (one paper) of the same court dated October 3, 2023. By decision and order on motion of this Court dated September 16, 2024, the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the submission of the appeal, it is
ORDERED that the motion to dismiss the appeal from the judgment dated August 22, 2023, on the ground that it was superseded by the order and amended judgment dated October 3, 2023, is granted; and it is further,
ORDERED that the appeal from the judgment dated August 22, 2023, is dismissed, without costs or disbursements.
The appeal from the judgment dated August 22, 2023, must be dismissed as it was superseded by an order and amended judgment of the same court dated October 3, 2023 (see Neeman v Smith, 227 AD3d 817, 818). The issues raised in the appeal from the judgment are brought up for review and have been considered on the related appeal from the order and amended judgment (see Matter of Woodward v New York State Div. of Hous. & Community Renewal, __ AD3d __ [Appellate [*2]Division Docket No. 2023-10331; decided herewith]).
CHAMBERS, J.P., DOWLING, WAN and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court